next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present—Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Motion denied, with ten dollars costs. Present—Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Frederick Knauss, Respondent, v. The Webber Construction Company, Appellant.—Motion denied on condition that appellant perfect its appeal, place the cause on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present— Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

North Side Bank of Brooklyn, Plaintiff, v. Hattie E. Burger and Others, Defendants.— Motion granted on condition that within five days appellant execute and file a bond, with sufficient surety, in the sum of $1,000, to indemnify respondent against all loss and damage that may result from the granting of this stay, and also take such steps as may be necessary to protect the property from the foreclosure of the first mortgage pending the hearing and determination of the appeal. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of the City of New York to Acquire Certain Real Estate in the Towns of Carmel and Southeast, Putnam County, New York, under Chapter 490 of the Laws of 1883, etc. (Croton Falls Dam and Reservoir " K.") — Reargument ordered and case set down for Monday, March 10, 1913. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Charles E. Metzger, etc., Respondent, v. Edward M. Knox and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Leonhard Bohringer, as Administrator, etc., of Leonhard Bohringer, Jr., Deceased, Respondent, v. Samuel O. Campbell, Appellant.— The former decision in this case was not dependent upon the fact to which the learned counsel for defendant directs our attention. (See *ante*, p. 879.) Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Cornelius Crawford, Respondent, v. The O'Brien Construction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Rachel Dutcher, Respondent, v. John Wanamaker, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the authority of *Rumetsch* v. *Wanamaker, New York, Inc.* (*ante*, p. 800) and *Mack* v. *Wanamaker* (*ante*, p. 944), decided herewith. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Hirschberg, J., dissented.

First National Bank of Amityville, Respondent, v. Thomas Kells Sons Company and Others, Defendants. Louis H. Strouse, Assignee, etc., of Thomas Kells Sons Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the assignee did not disclose the facts upon which rested the defense that plaintiff took the check with notice that it was issued without authority, but without preju-